**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7253**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GHULAM MOHAMMED NASIM,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-88-378-HM, CA-96-777-S, CA-95-2816-S)

———————

Submitted: October 20, 1997      Decided: November 14, 1997

———————

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ghulam Mohammed Nasim, Appellant Pro Se. Jamie M. Bennett, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ghulam Nasim appeals from a district court order denying his motion to reconsider the court's prior orders denying his request for habeas relief under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have already affirmed the district court's order denying habeas relief in United States v. Nasim, No. 96-7002 (4th Cir. Mar. 24, 1997). Hence, the district court was foreclosed from granting relief under the law of the case doctrine. See Heathcoat v. Potts, 905 F.2d 367, 370 (11th Cir. 1990); Capital Investors Co. v. Executors of Estate of Morrison, 584 F.2d 652, 654 (4th Cir. 1978).

Accordingly, the order of the district court is affirmed. Nasim's motions for appointment of counsel and to stay proceedings are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED